UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELSIN AMAY SAMANIEGO and HENRY AMAY SAMANIEGO, individually and on behalf of all others similarly situated,

                       Plaintiffs,

-v.-

HKS BUILDERS & CONSULTANTS INC., and AMARJIT SINGH, as an individual,

                       Defendants.

19 Civ. 10283 (KPF)

**DEFAULT JUDGMENT**

KATHERINE POLK FAILLA, District Judge:

      On September 15, 2020, the Court ordered Defendants HKS Builders & Consultants Inc. and Amarjit Singh to show cause, in writing on or before October 16, 2020, why default judgment should not be entered against them for their nonparticipation and failure to comply with the Court's Orders. (Dkt. #14). Defendants having not responded to the Court's Order, the Court finds them to be in default. Accordingly, it is hereby ORDERED, ADJUDGED, AND DECREED that Plaintiffs have judgment in their favor against Defendants HKS Builders & Consultants Inc. and Singh.

      Plaintiffs are ORDERED to submit to the Court, on or before **November 23, 2020**, a schedule of proposed damages, attorney's fees, and costs to be assessed against Defendants.

      The Clerk of Court is directed to mail a copy of this Judgment and Order to Defendants at: 2511 3rd Avenue, Bronx, NY 10472.

SO ORDERED.

Dated: October 23, 2020
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge